United States District Court
Southern District of Texas
**ENTERED**
October 28, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BABAJIDE BABATUNDE, <br> BOP #39323-479, <br><br> Plaintiff, <br> VS. <br><br> WELLS FARGO BANK, <br><br> Defendant. | § <br> § <br> § <br> § <br> §    CIVIL ACTION NO. H-21-878 <br> § <br> § <br> § <br> § |

## FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum and Order, this case is **DISMISSED with prejudice.**

The plaintiff shall take nothing on his claims.

This is a **FINAL JUDGMENT**.

The Clerk shall send a copy of this Order to the parties of record.

SIGNED at Houston, Texas, this _28th_ day of October 2021.

                                                  ANDREW S. HANEN
                                                UNITED STATES DISTRICT JUDGE